

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00367-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gabrielle **ROCHA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19451
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

This is an accelerated appeal. Appellee's brief was due August 21, 2018. On August 20, 2018, appellee filed an unopposed motion for extension of time, asking for an additional thirty days in which to file the brief. After review, we **GRANT** appellee's motion and **ORDER** appellee to file the brief in this court **on or before September 20, 2018**.

We **order** the clerk of the court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

KEITH E. HOTTLE,
Clerk of Court